UNITED STATES DISTRICT COURT

_____ EASTERN _____   **District of**  _____ CALIFORNIA _____

| | |
|---|---|
| VIKKI WHITESIDE, <br>          Plaintiff <br> <br>                V. <br> <br> COMMISSIONER of SOCIAL SECURITY, <br>          Defendant | **ORDER ON APPLICATION** <br> **TO PROCEED WITHOUT** <br> **PREPAYMENT OF FEES** <br> <br> <br> CASE        1:13-CV-01337-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __26th__   day of   _____ August _____ ,  __2013__ .

 

                                                  /s/ Barbara A. McAuliffe
                                                Signature of Judicial Officer

                                     BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                            Name and Title of Judicial Officer