BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| VIKKI WHITESIDE, <br><br>        Plaintiff, <br><br>   v. <br><br>CAROLYN W. COLVIN, <br>Acting Commissioner <br>of Social Security, <br>        Defendant. | Case No. 1:13-CV-01337-BAM <br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of this Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) to obtain medical expert evidence regarding the nature, severity, and onset of Plaintiff's impairments during the period at issue. The ALJ will then perform the remaining steps of the sequential evaluation process, including weighing all medical opinions of record, assessing Plaintiff's residual functional capacity, and reconsidering the credibility of Plaintiff's allegations. If warranted, the ALJ will also obtain vocational expert testimony.

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 19, 2014 | /s/ Denise Bourgeois Haley* <br> DENISE BOURGEOIS HALEY <br> *as authorized via email on March 18, 2014 <br> Attorney at Law |
|   | Attorney for Plaintiff |
| Dated: March 19, 2014 | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | /s/ Annabelle J. Yang <br> ANNABELLE J. YANG <br> Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

## ORDER

Pursuant to the Stipulation of the parties (Doc. 14), it is hereby ORDERED that this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:  **March 19, 2014**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE